UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                        Plaintiff,

                                                     ORDER OF
                                                   CRIMINAL CONTEMPT

                                                   04-CR-6131L

                        v.

DIANE M. WEEDEN,

                        Defendant.
_____

       Pursuant to Rule 42(b) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 401, I certify that Diane M. Weeden committed an act of criminal contempt in my presence, in open court, on September 15, 2005 during a criminal trial in which Diane M. Weeden was a defendant, representing herself *pro se*. I incorporate by reference and attach here a partial transcript of the proceedings on that day and in that transcript, the Court finds Ms. Weeden in contempt and sets forth on the record the reasons for doing so. The facts are set forth in the transcript of proceedings. Based on the proceedings, I found Ms. Weeden in contempt and punished her by imposing a $1,000 fine, payable within ten (10) days.

       IT IS SO ORDERED.

                                           _____
                                              DAVID G. LARIMER
                                          United States District Judge

Dated: Rochester, New York
       September 27, 2005.

- 2 -