UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA
138 Delaware Avenue
Buffalo, New York 14202,

              Plaintiff,

      -v-

Diane Weeden

              Defendant.                6:04-CR-6131

---

## SATISFACTION OF MONETARY JUDGMENT

    The above-named defendant has paid in full and/or satisfied the monetary imposition imposed against the defendant on December 9, 2005, and entered on December 20, 2005.

    The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of the above-referenced judgment.

    DATED:  Buffalo, New York, February 19, 2008.

                       TERRANCE P. FLYNN
                       United States Attorney

                BY:  s/KEVIN D. ROBINSON
                     Assistant United States Attorney
                     United States Attorney's Office
                     Western District of New York
                     138 Delaware Avenue
                     Buffalo, New York  14202
                     (716)843-5700, ext. 804
                     Kevin.D.Robinson@usdoj.gov